1  **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9   Joyce JONES,                    )   No. CIV 06-1881 -PHX-SMM
                                     )
10              Plaintiff,           )   **ORDER**
                                     )
11  v.                               )
                                     )
12                                   )
    Maynard JENKINS, et al.,         )
13                                   )
                Defendants.          )
14                                   )
                                     )
15  _____)

16          Pending before the Court is the parties' Stipulated Motion for an Extension of Time

17  Through December 22, 2006 for Defendant CSK Auto Corporation to Respond to Complaint

18  [Doc. No. 13].  Good cause appearing,

19          **IT IS ORDERED** the parties' Stipulated Motion for an Extension of Time Through

20  December 22, 2006 for Defendant CSK Auto Corporation to Respond to Complaint [Doc.

21  No. 13] is **GRANTED**.  Defendant CSK Auto Corporation shall have through **December**

22  **22, 2006** to file a response to the Complaint.

23          DATED this 8th day of December, 2006.

24

25

26

27                                              _____
                                                Stephen M. McNamee
28                                              United States District Judge